```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lauren Joy Fleishman,

                Plaintiff,

     –v–

Alfalfa Studio LLC,

               Defendant.

19-cv-10034 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. By noon on April 20, 2020 counsel should submit a joint letter indicating whether they can do without a conference altogether. If so, the Court will adjourn the conference *sine die* and enter a case management plan and scheduling order. If not, the Court will hold the initial pretrial conference by telephone, but rescheduled for 10:30 a.m. on April 21, 2020. If the conference is held, then at start of the conference, the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 9196964, followed by the pound (#) key. Regardless of whether the conference is held, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

      SO ORDERED.

Dated: April 17, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1