DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lauren Joy Fleishman,

Plaintiff,

–v–

Alfalfa Studio LLC,

Defendant.

19-cv-10034 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The initial pre-trial conference currently scheduled for April 21, 2020 is hereby

adjourned *sine die*.

SO ORDERED.

Dated: April 20, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge