```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LAUREN JOY FLEISHMAN,

                            Plaintiff,                     19-CV-10034 (AJN)(SN)

          -against-                                **ORDER**

ALFALFA STUDIO LLC,

                            Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A telephone conference is scheduled for Monday, May 4, 2020, at 10:00 a.m., to discuss the parties' request for a settlement conference in this case. At that time, the parties should call (877) 402-9757 and enter access code 7938632. If any party is unavailable to participate by telephone conference, that party shall notify the Court and the conference will be adjourned.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                       United States Magistrate Judge

DATED:      April 29, 2020
                 New York, New York